IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| WILLIAM JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:10CV719–HEH |
| QUICKEN LOANS, INC., | ) |
| Defendant. | ) |

## FINAL ORDER

THIS MATTER is before the Court on a Notice of Voluntary Dismissal filed pursuant to Federal Rule of Civil Procedure 41(a). It appearing just and proper to do so, it is HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                           /s/
                           Henry E. Hudson
                           United States District Judge

Date: Nov. 24, 2010
Richmond, VA